Before BRYSON, CLEVENGER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Before PROST, SCHALL and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Lester SCHECHNER, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2010–3122.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2011.

David C. Holmes, Law Offices of David C. Holmes, of Houston, TX, argued for petitioner.

Corinne A. Niosi, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director.

**HAKO–MED USA, INC., Hako–Med GMBH and Achim Hansjurgens, Plaintiffs–Appellants,**

and

**E–Mos Civil Unlimited Corporation Fed Rep Germany, Plaintiff,**

v.

**AXIOM WORLDWIDE, INC., James Gibson, Jr., and Nicholas Exarhos, Defendants.**

No. 2010–1421.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2011.

Craig Marc Rappel, Rappel Health Law Group, PL, of Vero Beach, FL, argued for plaintiffs-appellants.